# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**FEDERAL DEPOSIT INSURANCE CORPORATION,**

        **Plaintiff,**

**-vs-**　　　　　　　　　　　　　　　　　　　**Case No. 6:12-cv-1816-Orl-28DAB**

**HORIZONS TITLE GUARANTY AGENCY, INC.,**

        **Defendant.**

_____

## ORDER

This case is before the Court on Plaintiff's Motion for Default Final Judgment (Doc. No. 13) filed May 21, 2013. The United States Magistrate Judge has submitted a report recommending that the motion be granted in part.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

    1.    That the Report and Recommendation filed June 7, 2013 (Doc. No. 18) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

    2.    Plaintiff's Motion for Default Final Judgment (Doc. No. 13) is **GRANTED in part.**

3. Plaintiff Federal Deposit Insurance Corporation shall recover from Defendant Horizons Title Guaranty Agency, Inc., the sum of $314,510.20, plus the costs of this action, to be taxed in the usual course.

4. The Clerk of the Court is directed to enter judgment in accordance with this Order and to thereafter close this file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this 1st day of July, 2013.

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party

                                   JOHN ANTOON II
                                   United States District Judge