**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

**FEDERAL DEPOSIT INSURANCE
CORPORATION,**

                **Plaintiff,**

**-vs-**　　　　　　　　　　　　　　　　　　　　　**Case No. 6:12-cv-1816-Orl-28DAB**

**HORIZONS TITLE GUARANTY
AGENCY, INC.,**

                **Defendant.**

_____

## REPORT AND RECOMMENDATION

**TO THE UNITED STATES DISTRICT COURT**

     This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:** **MOTION TO DISSOLVE WRIT OF GARNISHMENT (Doc. No. 29)**
>
> **FILED:** November 21, 2013
> _____
>
> **THEREON** it is **RECOMMENDED** that the motion be **GRANTED**.

     Following service of a Writ of Garnishment, Garnishee Bankunited, Inc. filed an Answer indicating that it is not indebted to Defendant, and requesting payment of the statutory fee tendered by Plaintiff to the Court (Docs. 21-26). In response, Plaintiff filed a Notice of Voluntary Dismissal of the garnishment proceeding (Doc. 28), indicating that: "It is appropriate, at this time for the Clerk of the Court to disburse the statutory fee on deposit with the Clerk to BANKUNITED, N.A., as it did in fact file a Garnishment Answer and do so at the address designated in the answer." *Id.* In an

apparent abundance of caution, Plaintiff has also moved to dissolve the Writ, "as Garnishee is not indebted to this Defendant." (Doc. 29). As the papers indicate this to be the case, the Court **respectfully recommends** that the motion be **granted, to the extent it is not deemed moot** by the voluntary dismissal, and the Clerk be directed to terminate all pending matters and disburse the $100 statutory fee to the Garnishee.

Failure to file written objections to the proposed findings and recommendations contained in this report within fourteen (14) days from the date of its filing shall bar an aggrieved party from attacking the factual findings on appeal.

Recommended in Orlando, Florida on November 22, 2013.

*David A. Baker*

DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Presiding District Judge
Counsel of Record
Courtroom Deputy