# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

FEDERAL DEPOSIT INSURANCE
CORPORATION,

**Plaintiff,**

-vs-                                                                          Case No.  6:12-cv-1816-Orl-28DAB

HORIZONS TITLE GUARANTY AGENCY,
INC.,

**Defendant.**

_____

## ORDER

This case is before the Court on Plaintiff's Motion to Dissolve Writ of Garnishment (Doc. No. 29) filed November 21, 2013.  The United States Magistrate Judge has submitted a report recommending that the motion be granted.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.  Therefore, it is **ORDERED** as follows:

1.      That the Report and Recommendation filed November 22, 2013 (Doc. No. 30) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2.      Plaintiff's Motion to Dissolve Writ of Garnishment (Doc. No. 29) is **GRANTED** to the extent it is not deemed moot by Plaintiff's voluntary dismissal of the garnishment proceeding (see Doc. No. 28).

3.     The Clerk is directed to terminate all pending matters and disburse the $100.00 statutory fee to the Garnishee.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this ___11___ day of December, 2013.

JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record

-2-